# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TROY HYCHE,

    Plaintiff,

v.                                                       CASE NO. 5:08cv321-RH/EMT

SCOTT MIDDLEBROOKS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The plaintiff has filed a consented motion (document 62) for dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(2). The magistrate judge has entered a report and recommendation (document 65) concluding that the motion should be granted. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The motion for dismissal without prejudice (document 62) is GRANTED. The clerk must enter judgment stating, "This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)." The clerk must close the file.

SO ORDERED on February 27, 2010.

                                                  <u>s/Robert L. Hinkle            </u>
                                                  United States District Judge